1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456

5

   Jonathan Shub (SBN 237708)                    Paul R. Kiesel (SBN 119854)
6  jshub@seegerweiss.com                         kiesel@kbla.com
   **SEEGER WEISS LLP**                          Michael C. Eyerly (SBN 178693)
7  1515 Market Street, Suite 1380                eyerly@kbla.com
   Philadelphia, PA 19107                        **KIESEL BOUCHER LARSON LLP**
8  Phone: (215) 564-2300; Fax (215) 851-8029     8648 Wilshire Boulevard
                                                 Beverly Hills, California 90211
9  Jeffrey K. Berns (SBN 131351)                 Phone: (310) 854-4444; Fax: (310) 854-0812
   jberns@jeffbernslaw.com
10 **LAW OFFICES OF JEFFREY K. BERNS**           **MARCUS J. JACKSON, ESQ.** (SBN 205792)
   19510 Ventura Boulevard, Suite 200            marcus@jacksonlitigation.com
11 Tarzana, California 91356                     751 Center Dr., Suite 108-456
   Phone: (818) 961-2000; Fax: (818) 867-4820    San Marcos, CA 92069
12                                               Phone: (760) 291-1755; Fax: (760) 432-6109

   Attorneys for Plaintiffs and all others Similarly Situated

13

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16  JOSEFINA QUEZADA, individually and on   )   **CASE NO. 2:08-CV-00177-WBS (KJM**x**)**
    behalf of all others similarly situated,)
17                                          )   [*Assigned to the Honorable William B. Shubb*]
                 Plaintiff,                 )
18                                          )
                                            )
19       v.                                 )   **EX PARTE APPLICATION TO CONTINUE
                                            )   INITIAL SCHEDULING CONFERENCE;
20                                          )   AND [PROPOSED] ORDER CONTINUING
                                            )   INITIAL SCHEDULING CONFERENCE**
21  LOAN CENTER OF CALIFORNIA,              )
    INCORPORATED and DOES 1 through 10      )
22  inclusive,                              )   Date:  April 7, 2008
                                            )   Time:  2:00 p.m.
23               Defendants.                )   Judge: Hon. William B. Shubb
                                            )   Ctrm:  5
24                                          )

25

26

27

28

EX PARTE APPLICATION - CONTINUANCE - 2:08-CV-00177-WBS (KJMx)

1  I David M. Arbogast declare:

2  1. I am an active member of the State Bar of California and I am a member of the Bar of
3  this Court. I am one of the attorneys of record for Plaintiffs in this action.

4  2. On January 24, 2008, the Original Class Action Complaint in this matter was filed. To
5  the best of my knowledge, the Original Complaint was not served or sent out for service;

6  3. On February 20, 2008, I submitted a Substitution of Attorneys replacing former counsel,
7  Lori E. Andrus, Micha Star Liberty, Jennie Lee Anderson of the law firm of Andrus, Liberty and
8  Anderson and on February 22, 2008, the Court signed and entered the Order for Substitution of Counsel;

9  4. On February 25, 2008, I caused to be filed Plaintiff's First Amended Complaint ("FAC").
10 Shortly thereafter, I caused the FAC to be sent out for service;

11 5. It has been reported to me by our process server that Defendant Loan Center of
12 California, Inc., is no longer in business. It was also reported to me that substitute service was made on
13 Defendant March 11, 2008 and a copy served via mail on March 19, 2008.

14 6. Based on the information obtained to date, Plaintiff is informed and believes that the
15 Option ARM loans that are the subject of this Complaint are no longer owned or in the possession of
16 Defendant, Loan Center of California, and have been either sold or assigned to other persons or entities.
17 Plaintiff is further informed and believes that the subsequent purchasers and assignees have liability
18 under the Truth-in-Lending Act, pursuant to 15 USC § 1641.

19 7. Plaintiff therefore believes that good cause exists to continue the initial pretrial
20 scheduling conference for a period of 60 to 90 days so that Plaintiff can conduct additional informal
21 discovery to obtain the identities of such other persons or entities or if need be, to take discovery against
22 those persons or entities who may have knowledge of the subsequent purchasers and assignees of the
23 loans that are the subject of this action.

24 I declare under penalty of perjury under the laws of the United States of America that the
25 foregoing is true and correct and was executed in the State of California on March 31, 2008.

26
27   */s/ David M. Arbogast*
     David M. Arbogast
28   Attorney for Plaintiff

-2-

EX PARTE APPLICATION - CONTINUANCE - 2:08-CV-00177-WBS (KJMx)

**ORDER**

1. I have reviewed Plaintiff's Ex Parte Application to continue the initial status conference and find that good cause exists to continue the hearing from April 7, 2008 to July 14, 2008 at 2:00 p.m.

2. A Status (pretrial scheduling) Conference is set for July 14, 2008 at 2:00 p.m., before the undersigned Judge in Courtroom 5.

**IT IS SO ORDERED**

Dated:  April 1, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE