Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
David M. Arbogast, Esq. (SBN 167571)
darbogast@law111.com
**ARBOGAST & BERNS, LLP**
19510 Ventura Blvd., Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000; Fax:  (818) 867-4820

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300; Fax (215) 851-8029

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444; Fax:  (310) 854-0812

**MARCUS J. JACKSON, ESQ.** (SBN 205792)
marcus@jacksonlitigation.com
751 Center Dr., Suite 108 456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Attorneys for Plaintiff and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LOAN CENTER OF CALIFORNIA, INCORPORATED, and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.  2:08-CV-00177-WBS (KJMx) <br><br> [*Assigned to the Honorable William B. Shubb*] <br><br> **ORDER GRANTING LEAVE TO TAKE DISCOVERY** <br><br> Judge:  Hon. William B. Shubb <br> Complaint Filed: January 23, 2008 |

\ \ \

ORDER GRANTING LEAVE TO TAKE DISCOVERY - 2:08-CV-00177-WBS (KJMx)

**ORDER**

The court has reviewed Plaintiff's Ex Parte Application for Leave to Take Discovery and finds that good cause exists for Plaintiff to proceed immediately with formal discovery to determine the subsequent purchasers of the Option ARM loans at issue in this litigation, including but not limited to the Option ARM loan sold to Plaintiff.

**IT IS SO ORDERED**

Dated:  June 4, 2008.

_____
U.S. MAGISTRATE JUDGE

ORDER GRANTING LEAVE TO TAKE DISCOVERY - 2:08-CV-00177-WBS (KJMx)