1
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
2
David M. Arbogast, Esq. (SBN 167571)
darbogast@law111.com
3
**ARBOGAST & BERNS, LLP**
19510 Ventura Blvd., Suite 200
4
Tarzana, CA 91356
Phone: (818) 961-2000; Fax:  (818) 867-4820
5

6
Jonathan Shub (SBN 237708)               Paul R. Kiesel (SBN 119854)
jshub@seegerweiss.com                    kiesel@kbla.com
7
**SEEGER WEISS LLP**                     Michael C. Eyerly (SBN 178693)
1515 Market Street, Suite 1380           eyerly@kbla.com
8
Philadelphia, PA 19102                   **KIESEL BOUCHER LARSON LLP**
Phone: (215) 564-2300; Fax (215) 851-8029   8648 Wilshire Boulevard
9                                        Beverly Hills, California 90211
                                         Phone:  (310) 854-4444; Fax:  (310) 854-0812
10
**MARCUS J. JACKSON, ESQ.** (SBN 205792)
marcus@jacksonlitigation.com
11
751 Center Dr., Suite 108 456
San Marcos, CA 92069
12
Phone: (760) 291-1755; Fax: (760) 432-6109

13
Attorneys for Plaintiff and all others Similarly Situated
14

15
### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17 JOSEFINA QUEZADA, individually and on behalf of all others similarly situated, ) | **CASE NO.  2:08-CV-00177-WBS (KJMx)** |
| 18 ) | |
| Plaintiff, ) | *[Assigned to the Honorable William B. Shubb]* |
| 19 ) | |
| 20 v. ) | |
| 21 ) | **[PROPOSED] ORDER ACCEPTING EX PARTE APPLICATION IN LIEU OF A JOINT RULE 26(f) PLAN AND GRANTING CONTINUATION OF INITIAL SCHEDULING CONFERENCE** |
| LOAN CENTER OF CALIFORNIA, INCORPORATED and DOES 1 through 10 inclusive, ) | |
| 22 ) | |
| 23 ) | |
| Defendants. ) | |
| 24 ) | Date: July 14, 2008 |
| ) | Time: 2:00 p.m. |
| 25 ) | Judge: Hon. William B. Shubb |
| | Ctrm: 5 |

26
/ / /
27
/ / /
28

1

[RDER

2        For the reasons set forth in Plaintiff's Ex Parte Application In Lieu of a Joint Rule 26(f) Plan for

3 Continuation of Initial Scheduling Conference, the court finds that good cause exists to continue the

4 Initial Status Conference currently scheduled for July 14, 2008 at 2:00 p.m. as well as the related

5 obligations of the parties under Fed.R.Civ.P 26.

6        The Initial Status Conference is therefore continued to **<u>September 22, 2008 at 2:00 p.m.</u>**

7        **IT IS SO ORDERED**

8 Dated:  July 8, 2008

9

10 _____

11 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28