1  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@law111.com
2  David M. Arbogast, Esq. (SBN 167571)
   darbogast@law111.com
3  **ARBOGAST & BERNS, LLP**
   19510 Ventura Blvd., Suite 200
4  Tarzana, CA 91356
   Phone: (818) 961-2000; Fax:  (818) 867-4820
5

6  Jonathan Shub (SBN 237708)          Paul R. Kiesel (SBN 119854)
   jshub@seegerweiss.com               kiesel@kbla.com
7  **SEEGER WEISS LLP**                 Michael C. Eyerly (SBN 178693)
   1515 Market Street, Suite 1380      eyerly@kbla.com
8  Philadelphia, PA 19102              **KIESEL BOUCHER LARSON LLP**
   Phone: (215) 564-2300; Fax (215) 851-8029   8648 Wilshire Boulevard
9                                      Beverly Hills, California 90211
                                       Phone:  (310) 854-4444; Fax:  (310) 854-0812
10 **MARCUS J. JACKSON, ESQ.** (SBN 205792)
   marcus@jacksonlitigation.com
11 751 Center Dr., Suite 108 456
   San Marcos, CA 92069
12 Phone: (760) 291-1755; Fax: (760) 432-6109

13 Attorneys for Plaintiff and all others Similarly Situated

14

15                    **UNITED STATES DISTRICT COURT**

                       **EASTERN DISTRICT OF CALIFORNIA**
16

17 JOSEFINA QUEZADA, individually and on   )   **CASE NO.  2:08-CV-00177-WBS (KJMx)**
   behalf of all others similarly situated,   )
18                                         )
                  Plaintiff,               )   [*Assigned to the Honorable William B. Shubb*]
19                                         )
                                           )
20         v.                              )
                                           )
21                                         )   **ORDER GRANTING EX PARTE**
   LOAN CENTER OF CALIFORNIA,              )   **APPLICATION TO FILE SECOND**
22 INCORPORATED, and DOES 1 through 10     )   **AMENDED COMPLAINT**
   inclusive,                              )
23                                         )   Judge:  Hon. William B. Shubb
                  Defendants.              )   Complaint Filed: January 23, 2008
24                                         )
                                           )
25                                         )

26

27

28

**ORDER**

The court has reviewed Plaintiff's Ex Parte Application for Leave to File Second Amended Complaint and good cause appearing therefor, Plaintiff may file the proposed Second Amended Complaint and serve this Second Amended Complaint on the additional defendants.

**IT IS SO ORDERED**

Dated:  August 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE