UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.:  2:08-CV-00177 - WBS (KJMx)<br><br>[P~~roposed~~] ORDER ON STIPULATION TO CONTINUE HEARING DATE ON EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., AND BANK OF NEW YORK MELLON CORPORATION'S MOTION TO DISMISS<br><br>[Local Rule 78-230(g)] |

Plaintiff Josefina Quezada and Defendants, EMC Mortgage Corporation, Structured Asset Mortgage Investments II, Inc., and Bank of New York Mellon Corporation ("Defendants"), through their respective counsel of record herein, have stipulated that the hearing date on Defendants' motion to dismiss be continued and that deadlines for responsive pleadings also be changed.

Accordingly, the hearing on Defendants' motion to dismiss is continued from November 10, 2008, until November 24, 2008, at 2:00 p.m.

Further, in accord with Local Rule 78-230(c) and (d), the deadlines for the parties to file their opposition and reply papers are likewise continued to reflect the new hearing date.  Quezada's opposition will now be due November 10, 2008, and Defendants' reply will now be due November 17, 2008.

**IT IS SO ORDERED.**

Date:  October 8, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE