UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:08-CV-00177 - WBS (KJMx)<br><br>**ORDER REVISING NAME OF ENTITY** |

Pursuant to the stipulation of plaintiff Josefina Quezada and defendant The Bank of New York Mellon (erroneously sued here as "Bank of New York Mellon Corporation"), and good cause appearing,

IT IS HEREBY ORDERED that all pleadings on file in this action thus far in which "Bank of New York Mellon Corporation" is named as a defendant are revised to reflect that the proper name of that entity is "The Bank of New York Mellon."

IT IS SO ORDERED

Date: November 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE