1  ARBOGAST & BERNS, LLP
   DAVID M. ARBOGAST (SBN 167571)
2    darbogast@law111.com
   JEFFREY K. BERNS (SBN 131351)
3    jberns@lawlll.com
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Telephone:    818-961-2000
5  Facsimile:    818-867-4820

6  Attorneys for Plaintiff, Josefina Quezada,
   and all others similarly situated
7
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8     A Limited Liability Partnership
      Including Professional Corporations
9  ROBERT S. BEALL, Cal. Bar No. 132016
     rbeall@sheppardmullin.com
10 SHANNON Z. PETERSEN, Cal. Bar No. 211426
     spetersen@sheppardmullin.com
11 650 Town Center Drive, 4th Floor
   Costa Mesa, California  92626-1993
12 Telephone:    714-513-5100
   Facsimile:    714-513-5130
13
   Attorneys for Defendants
14 EMC MORTGAGE CORPORATION,
   STRUCTURED ASSET MORTGAGE
15 INVESTMENTS II, INC., and BANK OF
   NEW YORK MELLON
16 CORPORATION

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  JOSEFINA QUEZADA, individually and on behalf of all others similarly situated, | Case No.:  2:08-CV-00177 - WBS (KJMx) |
| 21             Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **[ORDER] TO CONTINUE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND THE EMC DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT** |
| 22       vs. | |
| 23  LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive, | **[Local Rules 83-143; 6-144(a)]** |
| 27             Defendants. | |

1  WHEREAS, the Court previously set the deadline for Plaintiff Josefina Quezada
2  ("Plaintiff") to file her Motion for Class Certification for January 19, 2009;

3  WHEREAS, defendants EMC Mortgage Corporation, Structured Asset Mortgage
4  Investments II, Inc., and Bank of New York Mellon Corporation (collectively, "The EMC
5  Defendants") answer to the third amended complaint is presently due on January 9, 2009;

6  WHEREAS, the EMC Defendants and Plaintiff have agreed to hold an informal
7  settlement conference to discuss a resolution of this and other cases on January 21, 2009;

8  WHEREAS, in order to allow the parties to have meaningful settlement discussions,
9  the parties have agreed, with the Court's permission, to continue the deadline for Plaintiff
10 to file her Motion for Class Certification for three weeks, until February 9, 2009;

11 WHEREAS, the parties have also agreed, with the Court's permission, that The
12 EMC Defendants shall have until at least February 9, 2009, to respond to Plaintiff's Third
13 Amended Complaint.

14 WHEREAS, Local Rules 83-143 and 6-144(a) provide that the parties may request a
15 continuance on a filing deadline by submitting a stipulation for the Court's approval;

16 IT IS HEREBY STIPULATED by and between Plaintiff Josefina Quezada, on the
17 one hand, and Defendants EMC Mortgage Corporation, Structured Asset Mortgage
18 Investments II, Inc., and Bank of New York Mellon Corporation, on the other, through their
19 respective counsel of record herein, that: (i) the filing deadline on Plaintiff's Motion for
20 Class Certification shall be continued to February 9, 2009; and (ii) that the date for The
21 EMC Defendants to respond to Plaintiff's Third Amended Complaint shall be continued to
22 February 9, 2009.

-2-

W02-WEST:8SZP1\401267036.1
2:08-CV-00177 - WBS (KJMx)

STIPULATION AND PROPOSED [ORDER] TO CONTINUE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND THE EMC DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT

This extension of time will not alter the date of any other event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: January 8, 2009　　　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:　　*/s/　Shannon Petersen*
Shannon Z. Petersen
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:　714-513-5100
Facsimile:　714-513-5130

Attorneys for Defendants
EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., and BANK OF NEW YORK MELLON CORPORATION

DATED: January 8, 2009　　　　　　　　ARBOGAST & BERNS, LLP

By:　　*/s/　David M. Arbogast*
David M. Arbogast
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Telephone:　818-961-2000
Facsimile:　818-867-4820

Attorneys for Plaintiff
JOSEFINA QUEZADA, and all others similarly situated

**ORDER**

**IT IS SO ORDERED.**

Date: January 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

W02-WEST:8SZP1\401267036.1
2:08-CV-00177 - WBS (KJMx)

STIPULATION AND PROPOSED [ORDER] TO CONTINUE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND THE EMC DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT