Jeffrey K. Berns - State Bar No. 131351
jberns@law111.com
David M. Arbogast - State Bar No. 167571
darbogast@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
Miriam Schimmel (SBN 185089)
mschimmel@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300; Fax (215) 851-8029

Attorneys for Plaintiff, Josefina Quezada, and all others similarly situated

Robert J. Emanuel -Admitted Pro Hac Vice
remanuel@burkelaw.com
LeAnn Pope -Admitted Pro Hac Vice
Burke, Warren, MacKay & Serritella, P.C.
22nd Floor
330 N. Wabash Ave.
Chicago, Illinois  60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900

Attorneys for Defendants
EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., and BANK OF NEW YORK MELLON CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.:  2:08-CV-00177 - WBS (KJMx)<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**[Local Rules 83-143; 6-144(a)]** |

WHEREAS, the Court previously set the deadline for Plaintiff Josefina Quezada ("Plaintiff") to file her Motion for Class Certification for January 19, 2009;

WHEREAS, on January 8, 2009, defendants EMC Mortgage Corporation, Structured Asset Mortgage Investments II, Inc., and Bank of New York Mellon Corporation (collectively "Defendants") and Plaintiff filed a Stipulation and Proposed Order to Continue the filing deadline for Plaintiff's Motion for Class Certification in light of their intent to hold an informal settlement conference to discuss a resolution of this and other cases on January 21, 2009;

WHEREAS, on January 21, 2009, counsel for the parties met in person in Chicago, IL and discussed settlement.  Settlement was not reached, but the parties agreed to continue with further, active settlement negotiations in the coming weeks;

WHEREAS, on January 27, 2009, counsel for Plaintiff contacted the Court clerk in order to advise the Court that because the previously submitted stipulation had not yet been signed and the timeline had now changed, the parties desired to submit an amended stipulation;

WHEREAS, the parties now seek to continue the filing deadline for several more weeks to allow the parties to continue to engage in meaningful settlement discussions;

WHEREAS, Local Rules 83-143 and 6-144(a) provide that the parties may request a continuance on a filing deadline by submitting a stipulation for the Court's approval;

IT IS HEREBY STIPULATED by and between Plaintiff Josefina Quezada, on the one hand, and Defendants EMC Mortgage Corporation, Structured Asset Mortgage Investments II, Inc., and Bank of New York Mellon Corporation, on the other, through their respective counsel of record herein, that the filing deadline on Plaintiff's Motion for Class Certification shall be continued to March 9, 2009.

This extension of time will not alter the date of any other event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED:  February 3, 2009                                                **ARBOGAST & BERNS LLP**

By:     /s/ *Jeffrey K. Berns*
        Jeffrey K. Berns, Esq.
        David M. Arbogast, Esq.
        19510 Ventura Blvd, Suite 200
        Tarzana, California 91356

```
                                    Phone: (818) 961-2000
                                    Fax:    (818) 867-4820


                                    SEEGER WEISS LLP
                                    Jonathan Shub
                                    Miriam L. Schimmel
                                    1515 Market Street, Suite 1380
                                    Philadelphia, PA 19102
                                    Phone: (215) 564-2300


DATED:  February 3, 2009            Burke, Warren, MacKay & Serritella, P.C.



                                         By: /s/ Robert Emanuel

                                         Robert Emanuel, Esq.

                                         Burke, Warren, MacKay & Serritella, P.C.
                                         22nd Floor
                                         330 N. Wabash Ave.
                                         Chicago, Illinois  60611-3607
                                         Telephone:  (312) 840-7000
                                         Facsimile:  (312) 840-7900

                                         Attorneys for Defendants
                                         EMC MORTGAGE CORPORATION,
                                         STRUCTURED ASSET MORTGAGE
                                         INVESTMENTS II, INC., and BANK OF
                                         NEW YORK MELLON CORPORATION
```

## ORDER

The filing deadline on Plaintiff's Motion for Class Certification shall be continued to March 9, 2009

**IT IS SO ORDERED.**

Date:  February 4, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE