Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

David M. Arbogast, Esq. (SBN 167571)
David@SpiroMoss.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000;
Fax:  (310) 861-1775

Attorneys for Plaintiffs and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated, | **CASE NO. 2:08-CV-00177-WBS-KJM** |
| Plaintiff, | *Assigned to the Honorable William B. Shubb* |
| v. | **REQUEST FOR APPROVAL OF** |
| | **SUBSTITUTION OF ATTORNEY; ORDER** |
| LOAN CENTER OF CALIFORNIA, INCORPORATED, and DOES 1 through 10 inclusive, | |
| Defendants. | |

## TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF

## RECORD:

1

2
          PLEASE TAKE NOTICE that Plaintiff, JOSEFINA QUEZADA  requests the following
substitution:

3

4     **Former legal representatives:**
Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.

5     Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**

6     8648 Wilshire Boulevard
Beverly Hills, California 90211

7     Phone:  (310) 854-4444; Fax:  (310) 854-0812

8     **New legal representatives:**
Jeffrey K. Berns, Esq.(SBN 131351)

9     ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200

10    Tarzana, California 91356
Phone (818) 961-2000

11    Fax:  (818) 867-4820

12          The party requesting substitution is Plaintiff, JOSEFINA QUEZADA..

13          I CONSENT TO THIS SUBSTITUTION:

14

15    Dated: January 29, 2009              /s/ *Josefina Quezada*
                                         Plaintiff, JOSEFINA QUEZADA
16

17    I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

18

19    Dated: February 6, 2009              */s/Paul Kiesel*
                                         Paul Kiesel

20                                         KIESEL BOUCHER LARSON LLP

21    Dated: February 6, 2009              */s/ Michael Eyerly*
                                         Michael Eyerly
22                                         KIESEL BOUCHER LARSON LLP

23

24    Dated: February 6, 2009              */s/ Patrick DeBlase*
                                         Patrick DeBlase
                                         KIESEL BOUCHER LARSON LLP
25

26    I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

27

28    DATED: February 11, 2009              **ARBOGAST & BERNS LLP**

1

2   By:    /s/ Jeffrey K. Berns
           19510 Ventura Boulevard, Suite 200
3          Tarzana, California 91356.
           Phone: (818) 961-2000
           Fax:    (818) 867-4820
4

5          Jonathan Shub, Esq.
           **SEEGER WEISS LLP**
6          1515 Market Street, Suite 1380
           Philadelphia, PA 19107
7          Phone: (215) 564-2300
           Fax     (215) 851-8029
8
           Attorneys for Plaintiff, JOSEFINA QUEZADA, and
9          all others Similarly Situated

10
                                 **ORDER**
11
           Upon consideration of all the papers submitted in connection herewith, and good cause
12
appearing, the Substitution of Attorney is here by granted.
13
**IT IS SO ORDERED**
14

15
Dated:   February 20, 2009
16

17

18          WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28