Jeffrey K. Berns - State Bar No. 131351
jberns@law111.com
David M. Arbogast - State Bar No. 167571
darbogast@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Attorneys for Plaintiff, Josefina Quezada,
and all others similarly situated

Robert J. Emanuel -Admitted Pro Hac Vice
remanuel@burkelaw.com
LeAnn Pope -Admitted Pro Hac Vice
Burke, Warren, MacKay & Serritella, P.C.
22nd Floor
330 N. Wabash Ave.
Chicago, Illinois  60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
Miriam Schimmel (SBN 185089)
mschimmel@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax(215) 851-8029

Attorneys for Defendants
EMC MORTGAGE CORPORATION,
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC., and BANK OF
NEW YORK MELLON CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.:  2:08-CV-00177 - WBS (KJMx) <br><br><br> **STIPULATION AND ~~PROPOSED~~ [ORDER] TO CONTINUE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> **[Local Rules 83-143; 6-144(a)]** |

WHEREAS, the Court previously continued the deadline for Plaintiff Josefina Quezada

("Plaintiff") to file her Motion for Class Certification to March 9, 2009;

WHEREAS, since the time that the deadline was continued to March 9, 2009, defendants EMC Mortgage Corporation, Structured Asset Mortgage Investments II, Inc., and Bank of New York Mellon Corporation (collectively "Defendants") and Plaintiff have continued to informally discuss and pursue settlement in this case;

WHEREAS, the parties now seek to continue the filing deadline to a date in June in order to allow the parties to engage in meaningful settlement discussions;

WHEREAS, Local Rules 83-143 and 6-144(a) provide that the parties may request a continuance on a filing deadline by submitting a stipulation for the Court's approval;

IT IS HEREBY STIPULATED by and between Plaintiff Josefina Quezada, on the one hand, and Defendants EMC Mortgage Corporation, Structured Asset Mortgage Investments II, Inc., and Bank of New York Mellon Corporation, on the other, through their respective counsel of record herein, that the filing deadline on Plaintiff's Motion for Class Certification shall be continued to a date no later than June 8, 2009.

This extension of time will not alter the date of any other event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED: March 2, 2009  **ARBOGAST & BERNS LLP**

By: /s/ *Jeffrey K. Berns*
Jeffrey K. Berns, Esq.
David M. Arbogast, Esq.
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

**SEEGER WEISS LLP**
Jonathan Shub
Miriam L. Schimmel
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300

DATED: March 2, 2009 **Burke, Warren, MacKay & Serritella, P.C**.

By: /s/ *Robert Emanuel*

Robert Emanuel, Esq.

Burke, Warren, MacKay & Serritella, P.C.
22nd Floor
330 N. Wabash Ave.
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900

Attorneys for Defendants
EMC MORTGAGE CORPORATION,
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC., and BANK OF
NEW YORK MELLON CORPORATION

## **ORDER**

The filing deadline on Plaintiff's Motion for Class Certification shall be continued to a date no later than June 8, 2009.

**IT IS SO ORDERED.**

Date: March 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE