| | |
|---|---|
| Jeffrey K. Berns (SBN 131351) | Jonathan Shub (SBN 237708) |
| jberns@law111.com | jshub@seegerweiss.com |
| David M. Arbogast (SBN 167571) | Miriam Schimmel (SBN 185089) |
| darbogast@law111.com | mschimmel@seegerweiss.com |
| **ARBOGAST & BERNS LLP** | **SEEGER WEISS LLP** |
| 19510 Ventura Boulevard, Suite 200 | 1515 Market Street |
| Tarzana, California 91356 | Philadelphia, PA 19107 |
| Phone: (818) 961-2000 | Phone: (214) 564-2300 |
| Fax: (310) 861-1775 | Fax:    (215) 851-8029 |

*Attorneys for Plaintiff, Josefina Quezada, and all others similarly situated*

Robert J. Emanuel - Admitted Pro Hac Vice
remanuel@burkelaw.com
LeAnn Pope -Admitted Pro Hac Vice
**Burke, Warren, MacKay & Serritella, P.C.**
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois  60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900

*Attorneys for Defendants, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., and BANK OF NEW YORK MELLON CORPORATION*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION,, and DOES 1 through 10 inclusive,<br>   Defendant, | Case No.:  2:08-cv-00177-WBS (KJMx)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**[Local Rules 83-143; 6-144(a)]** |

1  WHEREAS, the Court previously continued the deadline for Plaintiff
2  Josefina Quezada ("Plaintiff") to file her Motion for Class Certification to June 8,
3  2009 in an effort to explore settlement;

4  WHEREAS, settlement efforts have been unsuccessful thus far in resolving
5  this action;

6  WHEREAS, since the time that the deadline was continued to June 8, 2009,
7  defendants EMC Mortgage Corporation, Structured Asset Mortgage Investments
8  II, and Bank of New York Mellon Corporation (collectively "Defendants") and
9  Plaintiff have continued to request and secure discovery related to class
10 certification issues.  The parties are engaging in good-faith efforts, including
11 frequent conferences, in an effort to complete discovery.

12 WHEREAS, the parties now seek to continue the Plaintiff's filing deadline
13 to a date in August to allow the parties to complete discovery necessary for
14 Plaintiff's Motion for Class Certification.

15 WHEREAS, the parties now seek to continue the Defendants' opposition
16 filing deadline to a date in September.

17 WHEREAS, Local Rules 83-143 and 6-144(a) provide that the parties may
18 request a continuance on a filing deadline by submitting a stipulation for the
19 Court's approval;

20 IT IS HEREBY STIPULATED by and between Plaintiff Josefina Quezada
21 and Defendants EMC Mortgage Corporation, Structured Asset Mortgage
22 Investments II, Inc., and Bank of New York Mellon Corporation, through their
23 respective counsel, that the filing deadline on Plaintiff's Motion for Class
24

1  Certification shall be continued to a date no later than August 8, 2009, and that the
2  filing deadline on Defendants' response shall be continued to a date no later than
3  September 22, 2009.  Plaintiff's Reply in Support of Motion shall be filed no later
4  than October 13, 2009.  The Motion will be noticed for a hearing on October 26,
5  2009 at 2:00 p.m.
6      This extension of time will not alter the date of any other event or deadline
7  already fixed by Court order.
8      **IT IS SO STIPULATED**
9  June 1, 2009

10                              By: /s/ Jeffrey K. Berns
11                              David M. Arbogast, Esq.
12                              Jeffrey K. Berns, Esq.
                                **ARBOGAST & BERNS LLP**
                                19510 Ventura Boulevard, Suite 200
13                              Tarzana, California 91356.

14                              Jonathan Shub (SBN 237708)
                                **SEEGER WEISS LLP**
15                              1515 Market Street, Suite 1380
                                Philadelphia, PA 19102
16                              *Attorneys for Plaintiff and all others*
                                *Similarly Situated*
17
                                By:  /s/ Robert J. Emanuel
18                              Robert J. Emanuel, Esq.
                                **BURKE, WARREN, MACKAY**
19                              **& SERRITELLA, P.C.**
                                330 N. Wabash Avenue
20                              Chicago, IL 60611-3607
                                *Attorneys for Defendants*
21
22
23
24

## ORDER

The Filing of Plaintiff's Motion for Class Certification shall be continued to a date no later than August 8, 2009 and the filing deadline of Defendants' response shall be continued to a date no later than September 22, 2009.  Plaintiff's Reply in Support of Motion shall be filed no later than October 13, 2009. The hearing on Plaintiff's Motion for Class Certification shall take place on October 26, 2009 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  June 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE