**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION,, and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:08-cv-00177-WBS (KJMx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**ORDER**

The Filing of Plaintiff's Motion for Class Certification shall be continued to a date no later than September 22, 2009 and the filing deadline of Defendants' response shall be continued to a date no later than October 30, 2009.  Plaintiff's Reply in Support of Motion shall be filed no later than November 25, 2009. The hearing on Plaintiff's Motion for Class Certification shall take place on December 7, 2009.

　　**IT IS SO ORDERED.**

Dated:  July 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE