# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION,, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:08-cv-00177-WBS (KJMx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES AND PRODUCE A 30(B)(6) REPRESENTATIVE** |

## ORDER

The hearing on Plaintiff's Motion to Compel Further Production of Documents and Responses to Interrogatories and Produce a 30(b)(6) Representative shall be continued to August 5, 2009.

  **IT IS SO ORDERED.**

July 20, 2009.

_____
U.S. MAGISTRATE JUDGE