1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPHINA QUEZADA,

11           Plaintiff,                    No. CIV S-08-177 WBS KJM

12       vs.

13   LOAN CENTER OF CALIFORNIA, INC., et al.,

14           Defendants.               ORDER

15   _____/

16           Plaintiff's motion to compel is pending before the court.  Upon review of the

17   documents in support and opposition, upon hearing the arguments of counsel, and good cause

18   appearing therefor, THE COURT ORDERS AS FOLLOWS:

19           1.  Within thirty days from the date of this order, defendants shall provide the

20   information requested in interrogatories nos. 4 and 6 (second set) for ten percent of the files at

21   issue.  In producing discovery under this order, defendants shall specifically identify the

22   documents which are responsive to particular discovery requests.

23           2.  Within thirty days from the date of this order, defendants shall produce

24   documents responsive to requests for production nos. 5 and 10 (second set).  Production may be

25   limited to transactions between Loan Center and EMC.

26   /////

1

1         3.  The remainder of the motion to compel is denied.

2 DATED:  October 8, 2009.

3                                 U.S. MAGISTRATE JUDGE

4 006

5 quezada.oah

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2