**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.: 2:08-cv-00177-WBS (KJMx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO CONTINUE DEFENDANT'S SUMMARY JUDGMENT MOTION PURSUANT TO RULE 56(f)** |

**ORDER**

Plaintiff Josefina Quezada's ("Plaintiff") *ex parte* Application for an Order Shortening Time for a hearing on Plaintiff's Motion for a Denial or Continuance of Defendants' Motion for Summary Judgment pursuant to Rule 56(f) of the Federal Rules of Civil Procedure (the "56(f) Motion") came on for hearing before this Court pursuant to the applicable Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Eastern District of California.

The court having read and considered all papers filed by the parties and upon oral argument heard, if any was received, hereby grants Plaintiff's motion as follows:

Plaintiff's Motion for a Denial or Continuance of Defendant's Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure, Rule 56 shall be

1  set for hearing upon shortened notice on **November 2, 2009 at 2:00 p.m.** before
2  this Court in Courtroom 5, 14th Floor.
3       Defendant's Opposition to Plaintiff's Rule 56(f) Motion shall be filed and
4  served on or before **October 27, 2009 by 4:00 p.m.**
5       Plaintiff's Reply shall be filed and served on or before **October 29, 2009 by**
6  **4:00 P.M.**.
7       **IT IS SO ORDERED.**
8  Dated:   October 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE