**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive,<br><br>      Defendants. | Case No: 2:08-cv-00177-WBS (KJMx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES FOR PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT; DEFENDANTS' REPLY TO PLAINTIFF's OPPOSITION AND RESCHEDULE THE HEARING ON THE SUMMARY JUDGMENT MOTION.** |

**ORDER**

The filing of Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be continued to a date no later than March 4, 2010 and the filing deadline of Defendants' Reply shall be continued to a date no later than March 18, 2010. The hearing on Defendants' Motion for Summary Judgment shall take place on April 26, 2010 at 2:00 p.m. The Pretrial Conference is continued to June 14, 2010 at 2:00 p.m. The Jury Trial is continued to August 17, 2010 at 9:00 a.m.

    **IT IS SO ORDERED.**

DATED: December 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE