UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA QUEZADA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LOAN CENTER OF CALIFORNIA, INCORPORATED, EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No: 2:08-cv-00177-WBS (KJMx)<br><br>CLASS ACTION<br><br>**ORDER OF DISMISSAL** |

The parties having filed their Joint Stipulation of Dismissal of this action, the Court hereby dismisses this action with prejudice as to plaintiff's individual claims, pursuant to said Stipulation. Each party shall bear its own costs and expenses.

Dated: June 15, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE